IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

ERNA V. CRUSE                                                                                    PLAINTIFF

v.                                          CIVIL NO. 10-2056

MICHAEL J. ASTRUE, Commissioner
Social Security Administration                                                        DEFENDANT

## ORDER

On April 28, 2010, Plaintiff submitted a complaint for filing in this district, together with a request for leave to proceed *in forma pauperis*. (Doc. # 1). Subsequently, an order was issued directing the clerk to provisionally file the complaint prior to a determination regarding Plaintiff's status as an indigent. (Doc. # 3). Pursuant to the order, Plaintiff submitted an amended *in forma pauperis* application on May 3, 2010. (Doc. # 4). After review, it is found that Plaintiff is unable to pay for the costs of commencement of suit and, accordingly, the following order is entered:

IT IS HEREBY ORDERED that Plaintiff's motion for leave to proceed *in forma pauperis* be granted. The clerk is hereby directed to file the complaint *nunc pro tunc* as of April 27, 2010. Additionally, the court hereby directs that a copy of the complaint filed herein, along with a copy of this order, be served by Plaintiff by certified mail, return receipt requested, on the Defendant, Michael J. Astrue, Commissioner, Social Security Administration, as well as Eric H. Holder, Jr., U.S. Attorney General, and Mark W. Webb, Assistant U.S. Attorney, without prepayment of fees and costs or security therefor. Defendant is ordered to answer within sixty (60) days from the date of service.

IT IS SO ORDERED this 5th day of May, 2010.

U. S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

MAY 0 5 2010

CHRIS R. JOHNSON, CLERK

BY           DEPUTY CLERK

/s/ J. Marschewski
HON. JAMES R. MARSCHEWSKI
CHIEF U.S. MAGISTRATE JUDGE

AO72A
(Rev. 8/82)